UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES – GENERAL

Case No.  8:10-CV-1901-JST (MLGx)                                    Date:  January 24, 2011
Title:  Norberto Flores Zenteno et al. v. Aurora Loan Services, LLC et al.


Present: **Honorable JOSEPHINE STATON TUCKER, UNITED STATES DISTRICT JUDGE**

| Ellen Matheson | N/A |
|---|---|
| Deputy Clerk | Court Reporter |

ATTORNEYS PRESENT FOR PLAINTIFF:    ATTORNEYS PRESENT FOR DEFENDANT:

   Not Present                                                                     Not Present

**PROCEEDINGS:   (IN CHAMBERS)  ORDER TO SHOW CAUSE**

    On December 21, 2010, Defendants Aurora Loan Services LLC and Mortgage Electronic Registration Systems Inc. (collectively, "Defendants") filed a Motion to Dismiss.  (Doc. 12.)  Under Local Rule 7-3, "counsel contemplating the filing of any motion shall first contact opposing counsel to discuss thoroughly, *preferably in person*, the substance of the contemplated motion and any potential resolution."  C.D. Cal. R. 7-3.  The purpose of Local Rule 7-3 is to help the parties "reach a resolution which eliminates the necessity for a hearing . . . ."  C.D. Cal. R. 7-3.  If the parties are unable to resolve their differences and are forced to bring the matter before the court, counsel for the moving party must include in the notice of the motion, a statement to the effect that "[t]his motion is made following the conference of counsel pursuant to L.R. 7-3 which took place on (date)."  *Id.*

    The Court notes that Defendants' Notice of Motion states that Defendants met with "Plaintiff's counsel" pursuant to Local Rule 7-3, but Plaintiffs in this case are pro se; therefore, the Court cannot determine if Defendants complied with the Rule.  Thus, the Court orders Defendants to show cause in writing, **no later than Thursday, January 27, 2011, at 3:00 p.m.**, as to why the Court should not strike the Motion to Dismiss (Doc. 12) for failure to comply with local rule 7-3.


                                                                    Initials of Preparer:  nkb